AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**F I L E D**
Dec - 20 2021
Robert R. Carr
Clerk, U.S. District Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Steven Richard Stiles, Jr. | ) Case No. |
| | ) 2:21-MJ-2610-CJS |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 18 and 20, 2021__ in the county of __Kenton__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/2251(a) | Using a Minor to Engage in Sexually Explicit Conduct to Produce a Visual Depiction |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Justin Manning by CJS w/ permission*
*Complainant's signature*

Justin Manning, Special Agent HSI
*Printed name and title*

Sworn to before me via FaceTime and signed with consent.
**(See attached Rule 4.1 Addendum)**

Date: 12/20/2021

City and state: Covington, KY



Signed By:
Candace J. Smith
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT FOR:<br><br>STEVEN RICHARD STILES, JR. | CASE NO. 2:21-MJ-2610-CJS |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Justin Manning, a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.  I am a Special Agent (SA) with the United States (U.S.) Department of Homeland Security, Homeland Security Investigations (HSI) and have been since September 2019. I am currently assigned to the Northern Kentucky Resident Agent in Charge office. As part of my duties as an HSI SA, I investigate criminal violations relating to violations of federal statues delineated under Titles 8, 18, 19, and 21 of the United States Code (U.S.C.). I have investigated federal criminal violations related to cybercrime, child exploitation, and child pornography. I have received training in child exploitation, child pornography, and have observed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including electronic

media. I conduct investigations involving the production, importation, receipt and distribution of child pornography that occur in the Eastern District of Kentucky. I have been a federal law enforcement officer since 2013. I graduated from the HSI Special Agent Training program, Criminal Investigator Training Program, and Customs and Border Protection (CBP) Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, and I am authorized by law to conduct investigations of, to make arrests for, offenses enumerated in 18 U.S.C. § 2251.

2. I have participated in the investigation of the offenses referred to below and, as a result, I am familiar with the facts and circumstances described herein. The information contained in this affidavit is based on my personal knowledge derived from my participation in this investigation and upon reliable information provided to me by other law enforcement officers and individuals.

3. I make this affidavit in support of a Criminal Complaint charging Steven Richard Stiles, Jr. ("STILES") with using a minor to engage in sexually explicit conduct to produce a visual depiction, in violation of 18 U.S.C. § 2251(a). Because this affidavit is submitted for the limited purpose of establishing probable cause for the Complaint, it does not describe all the facts related to this investigation, nor does it set forth all my

knowledge about this matter. Rather, I have set forth those facts that I believe are relevant and necessary to establish probable cause.

## STATUTORY AUTHORITY

4. STILES is alleged to have violated 18 U.S.C. § 2251(a). The elements of the offense are 1) that the defendant did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct; and 2) that the visual depiction was transmitted using any means and facility of interstate and foreign commerce.

5. "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

6. "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

7. "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of

conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## PROBABLE CAUSE

8.  In July 2021, Erlanger, Kentucky Police Department (EPD) initiated a criminal investigation after receiving information that a minor female in Erlanger, Kentucky (the "Minor Female") had sent sexually explicit content to an unidentified Snapchat account through the Snapchat mobile application on her wireless telephone. EPD Detectives requested HSI Northern Kentucky's assistance with the investigation.

9.  "Snapchat" is a mobile application made by Snap Inc. that an individual can download onto a mobile device—including certain wireless telephones with requisite capability—through the iPhone App Store and Google Play Store. Once installed on a user's mobile device, the Snapchat app provides users a way to share photos, videos, and messages over the Internet. Specifically, Snapchat includes a feature called "Chat," through which a user can send messages, audio notes, and photos and videos taken with the digital camera on the Snapchat user's mobile device to other users through the Snapchat app, via the Internet.

10.  On or about July 21, 2021, EPD Detective Justin Auton met with the Minor Female's parents to examine the Minor Female's wireless telephone. Minor Female's mother gave consent for EPD and HSI to search the wireless telephone. EPD Detective

Auton's examination of the wireless telephone revealed that the Minor Female sent sexually explicit images and videos of herself from her Snapchat account to Snapchat account "srichardd2," which had the Snapchat display name "Steven Richard," at the request and direction of the user of that account.[1]

11.     On or about July 23, 2021, a forensic interview was conducted with the Minor Female wherein she admitted producing and then sending visual depictions of herself engaged in sexually explicit conduct from her Snapchat account to "srichardd2."

12.     On or about July 28, 2021, EPD Detective Auton and I conducted an examination of the Minor Female's wireless telephone, including her Snapchat account that was still saved on the phone. I observed a Snapchat conversation between her Snapchat account and "srichardd2." On or about June 8, 2021, the Minor Female asked "srichardd2" if she knew him. "srichardd2" asked her age and she replied that she was 14 years old. "srichardd2" indicated that he was 18 years old and would be turning 19 in December. Throughout the chat conversation, "srichardd2" instructed the Minor Female how to masturbate and asked her to produce and then send him visual depictions of her doing so. In chat conversations that occurred on or about June 18, 2021, and on or about

---

[1] The Minor Female's identity and Snapchat information is known to law enforcement. It is omitted here for privacy and because she is a minor.

June 20, 2021, the Minor Female sent videos of herself masturbating from her Snapchat account to "srichardd2." I observed those visual depictions of the Minor Female victim engaged in sexually explicit conduct still saved in the chat conversation with "srichardd2."

    13.    I have confirmed that the Minor Female was 14 years old in June 2021.

    14.    On or about August 19, 2021, a U.S. Immigration and Customs Enforcement (ICE) summons was served on Snap Inc. for subscriber information relating to the "srichardd2" Snapchat account. On or about August 25, 2021, Snap Inc. responded to the summons and provided the following details for the "srichardd2" Snapchat account:

    Snapchat account: srichardd2

    Email address: richarddstevenn25@gmail.com

    Account creation date: Tuesday, May 25 08:22:49 UTC 2021

    Creation IP Address: 2603:6010:bd00:8526:b8d7:340e:d462:1bb0

    Phone Number: 15132782847

    Display Name: Stevenn Richardd

    Account Status: Active

    15.    A query of a publicly available IP Address database revealed that Charter Communications, Inc. was the registrar of the Creation IP Address associated with the

"srichardd2" Snapchat account.² On or about September 7, 2021, an ICE summons was served on Charter Communications, Inc. for subscriber records relating to the Creation IP Address on the account's creation date. On or about September 10, 2021, Charter Communications, Inc. responded that the subscriber to the "srichardd2" Snapchat account's Creation IP Address is Nicholas Stiles, at xxx xxx Street, Morrow, Ohio, 45152 (hereinafter the "PREMISES").

16. A search of the Accurint Lexis Nexis information database (a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, etc.) for the PREMISES indicated that it is the probable current address of STILES. That database search also revealed the following biographical information regarding STILES: date of birth: xx/xx/1987 and Social Security Number: xxx-xx-2322.

17. A search of the Ohio Division of Motor Vehicle (DMV) records indicated that STILES resides at PREMISES. The DMV records also contained an ID card photograph of STILES.

---

² An Internet Protocol ("IP") address is a unique numeric or alphanumeric string used by a computer or other digital device to access the Internet. Every device attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that device may be directed properly from its source to its destination.

18. I reviewed a Sharonville, Ohio Police Department report dated August 14, 2021 that listed STILES' address as the PREMISES.

19. On or about September 9, 2021, EPD Detective Auton executed a Commonwealth of Kentucky search warrant on Snap Inc. for subscriber information, IP addresses, messages, chats, photographs, videos, private messages and chats, content, and other records associated with the "srichardd2" account from June 6, 2021, through September 9, 2021.

20. EPD Detectives and I examined the Snap Inc. search warrant return related to the "srichardd2" Snapchat account. I observed numerous chat conversations in which "srichardd2" sent photographs to other, unidentified Snapchat accounts. I determined that the individual in those photographs is the same individual shown in STILES' ID card photograph from the OHIO DMV records. I also observed the same chat conversations on or about June 18, 2021, and on or about June 20, 2021, that I previously viewed on the Minor Female's wireless telephone, in which the Minor Female sent videos of herself masturbating from her Snapchat account to the "srichardd2" Snapchat account.

21. On or about December 16, 2021, HSI SAs (including myself) and local law enforcement executed a federal search warrant on the PREMISES. STILES was present at the time of execution, and agreed to be interviewed.

22. That same day, I transported STILES to the nearby fire department for an interview. STILES was not under arrest, but I nevertheless informed him of his *Miranda* rights. STILES waived those rights and executed a written waiver form of the same. STILES thereafter admitted that he was the user of the "srichardd2" Snapchat account, that he enticed the production of child pornography through that Snapchat account, and that he received child pornography through that Snapchat account.

23. Based upon the foregoing, there is probable cause that STILES employed, used, persuaded, induced, enticed, and coerced the Minor Female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and that such visual depiction was transmitted using a means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

        Respectfully submitted,

*Justin Manning by CJS w/ permission*
_____
Justin Manning
Special Agent
Homeland Security Investigations

Sworn to before me via FaceTime and subscribed with permission on this 20th day of December, 2021.

**Signed By:**
*Candace J. Smith*
**United States Magistrate Judge**

## **PENALTIES**

Not less than 15 years and not more than 30 years imprisonment, not more than a $250,000 fine, and not less than 5 years and not more than a life term of supervised release.

*Rule 4.1 Addendum*                                    *2:21-MJ-2610-CJS*

Per Rule 41(d)(3) and Rule 4.1, the Court processed the Complaint and Arrest Warrant remotely. The Court verified the Affiant's identity via FaceTime, Affiant having HSI badge #9524. Affiant attested to the Complaint and Affidavit, which the AUSA transmitted by remote electronic means (email).   The Court issued the original Arrest Warrant and transmitted same to the Applicant and the AUSA, by remote electronic means (email).   The process complied with Criminal Rule 4.1.

Date:   December 20, 2021



Signed By:
*Candace J. Smith*
United States Magistrate Judge

_____
Candace J. Smith
United States Magistrate Judge