**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

**CRIMINAL ACTION NO. 22-5-DLB-CJS**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**


**V.**                       **UNITED STATES' SENTENCING MEMORANDUM**


**STEVEN RICHARD STILES, JR.**                                           **DEFENDANT**

*     *     *     *     *

Pursuant to the Court's Order, the United States submits the following Sentencing Memorandum.   [R. 28: Sentencing Order.]   The United States recommends a statutory maximum term of imprisonment, a lifetime term of supervised release, and a $55,000 fine.   The Defendant's guidelines range is 360 months, with the agreed-upon guideline enhancements reflecting the aggravating elements in this case.   [*See, e.g.*, Presentence Investigation Report (PSR) ¶¶ 33-35, 57-59, 122.]   No facts warrant a downward variance, which would be insufficient to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2).   [*See id.* ¶ 139.]

I.   **Background**

A.  **The Investigation – Victims**

In July 2021, the Erlanger Police Department (EPD) initiated an investigation after the parents of a fourteen-year-old girl ("Minor A" or "MV A") reported that their

1

daughter sent sexually explicit content to someone through the Snapchat application on her cellphone.[1]   [*See id.* ¶ 8.]   Snapchat is a messaging application used to send pictures, videos, and messages between users; depending on the user settings, messages are typically available for short time periods before being deleted from the application. However, messages, also referred to as "snaps," can be saved to a user's phone.   EPD contacted Homeland Security Investigations (HSI) Northern Kentucky regarding the case, and HSI thereafter joined the investigation.   HSI ultimately assumed principal responsibility once the scope of the investigation expanded to numerous victims as discussed below.

During a consensual examination of Minor A's cellphone, law enforcement observed Snapchat communications between Minor A and the account "srichardd2" (display name "Steven Richard").   [*See id.* ¶ 10.]   The Defendant was the sole user of the account "srichardd2."   [*See, e.g.*, *id.* ¶ 16.]   The chat conversation began with the Defendant asking Minor A where she lived and her age.   Minor A truthfully responded that she was fourteen years old and lived in Kentucky.   The Defendant stated that he lived in Ohio and was eighteen years old.   [*See id.* ¶ 10.]   After developing a rapport, the Defendant's communications became sexual in nature.   He expressed a desire to be Minor A's first sexual partner and discussed engaging in oral, vaginal, and anal sex with

---

[1] Facts not addressed in the PSR are in materials either produced in discovery or made available for inspection (*e.g.*, search warrant returns, interview recordings, reports).

The identity and potentially identifying information of all minor victims are omitted here, but are known to law enforcement and were made available to defense counsel.   [R. 17: Protective Order.]

her.   Pertinent to the instant count of conviction, the Defendant also undertook to "make [Minor A] be bad" over Snapchat, which he explained "means seeing you down there."

On or about June 18 and June 20, 2021, the Defendant instructed Minor A to produce and send recordings of her masturbating in specific ways.   [*See id.*]   Minor A complied.   Pertinent excerpts of their chat conversations follow, with transmitted emojis, images and videos omitted.[2]

### June 8, 2021

| Minor A | Do I know you your name seems familiar |
|---------|----------------------------------------|
| srichardd2 | i dunno where you from |
| Minor A | Kentucky |
| srichardd2 | ohio how oldd |
| Minor A | 14 are you 19 |
| Minor A | Or 18 about to be 19 |
| srichardd2 | yeh in december |

### June 18, 2021

| srichardd2 | i still gotta take your virginity remember |
|------------|--------------------------------------------|
| Minor A | I just can't help it I smile all the time |
| srichardd2 | i knoww |
| srichardd2 | are youu |
| Minor A | Yeah |

---

[2] The evidence in this case includes messages, images, and video.   Due to Snapchat's functionality (e.g., automatic and user deletion of the data), not all messages and content shared between the Defendant and minor victims was preserved.

| srichardd2 | you still haven't yet right |
|---|---|
| Minor A | No |
| srichardd2 | wanna |
| Minor A | Yeah |
| srichardd2 | have you fingered yett |
| Minor A | I have yeah |
| srichardd2 | i needa make you be bad soon |
| Minor A | I can be very bad |
| srichardd2 | it means seeing you down there |
| srichardd2 | are you ready for that |
| Minor A | Yeah |
| srichardd2 | are you in your room |
| Minor A | Yeah |
| srichardd2 | lemmee see what youre wearinn |
| srichardd2 | ahh okay go back in your room |
| Minor A | I'm in my room |
| srichardd2 | are you wearin underwear |
| Minor A | No |
| srichardd2 | oka take your shorts offff |
| Minor A | There off |
| srichardd2 | lemme see theyre offff |
| srichardd2 | mm spread your legs baby |
| srichardd2 | mm baby i wanna see you rub it |
| srichardd2 | are you wet |

4

| Minor A | Yeah a little |
|---------|---------------|
| srichardd2 | put a finger in baby |
| Minor A | Okay |
| srichardd2 | lemme see |
| srichardd2 | do two fit baby |
| Minor A | Yes |
| srichardd2 | lemme see |
| srichardd2 | Doesn't hurt does it |
| Minor A | No |
| Minor A | It feels good |
| srichardd2 | wanna try somethin |
| Minor A | Sure |
| srichardd2 | get your brush |
| Minor A | Okay |
| srichardd2 | lemme see it when you get it |
| srichardd2 | okay now spread your legs apart and slide it in |
| Minor A | Okay |
| srichardd2 | i wanna see |

| srichardd2 | start recording with sound |
|---------|---------------|
| Minor A | Fast or slow |
| srichardd2 | slow then fast |
| srichardd2 | wait |
| srichardd2 | do you have anything round on your room thatd work better |
| Minor A | Not really |

| srichardd2 | okay brush |
|---|---|

| srichardd2 | oka baby go slow lemme see |
|---|---|
| srichardd2 | i wanna see lil baby asshole first so figure out how to bring your knees to your chest so i can seee |
| Minor A | Okay |
| Minor A | **(SENDS SEXUALLY EXPLICIT IMAGE DEPICTING HER PUBIC AREA)** |
| srichardd2 | perfect baby can i save that picture |
| Minor A | Yeah |
| srichardd2 | oka but have you touched babys asshole yett |
| Minor A | No |
| srichardd2 | wanna try |
| Minor A | Sure |
| srichardd2 | you gotta find a marker or a pen somethin smaller |
| Minor A | Okay |
| Minor A | Okay I have a marker |
| srichardd2 | oka i wanna see the first time you slide it in baby |
| Minor A | The marker is one of those long skinny markers though is that okay |
| srichardd2 | yeah if its smooth |
| Minor A | Okay |
| srichardd2 | okay lemme see |

| srichardd2 | good i wish you knew how to set your phone up and do timer videos |
|---|---|
| Minor A | Yeah |
| srichardd2 | but what do you wanna do rnn |

6

| Minor A | Doesn't matter to me |
|---------|----------------------|
| srichardd2 | you can put the marker in and use the brush |
| Minor A | At the same time |
| srichardd2 | yeah |
| Minor A | Okay |
| srichardd2 | slow first lemme see |
| srichardd2 | now put the marker in while the brush is in baby |
| Minor A | They are both in |
| srichardd2 | lemme see |
| Minor A | **(SENDS SEXUALLY EXPLICIT IMAGE DEPICTING ANAL PENETRATION WITH A MARKER AND VAGINAL PENETRATION WITH A HAIRBRUSH)** |
| srichardd2 | now lemme see you use the brushh like that baby |
| Minor A | Fast |
| srichardd2 | yeahhh |
| Minor A | Okay |

| srichardd2 | wanna start doin it more |
|------------|----------------------------|
| Minor A | Definitely |
| srichardd2 | only with me |
| Minor A | Yeah only with you |
| srichardd2 | promise |
| Minor A | Promise |
| srichardd2 | We'll start finding more stuff to do |
| Minor A | And I'll listen to you |

7

| srichardd2 | cuz you know I just wanna make you feel good and have I been wrong yet |
|---|---|
| Minor A | No |
| Minor A | At first I wasn't sure it would work but I listened to you and it did |
| srichardd2 | just trust me baby okay |
| Minor A | Okay |
| srichardd2 | did you have fun |
| Minor A | Yes |
| Minor A | Did you **(EYES EMOJI)** |
| srichardd2 | Yess |

| srichardd2 | I'm glad you trusted me baby now you know to listen |
|---|---|
| Minor A | Yes I do |
| srichardd2 | I wanna cum inside you baby |

| srichardd2 | no condom baby |
|---|---|
| Minor A | Whatever you want I'm fine with |
| Minor A | Okay no condom then |
| srichardd2 | I'm gonna try fucking you in the ass too baby |

## June 19, 2021

| srichardd2 | where are you |
|---|---|
| Minor A | On my way home |
| srichardd2 | no mean are you in ohio |
| Minor A | No |
| srichardd2 | wya |

8

| Minor A | Me |
|---|---|
| Minor A | Kentucky |
| srichardd2 | what part |
| Minor A | Kenton county |
| Minor A | Erlanger |
| srichardd2 | then literally right across the bridge |
| Minor A | Yeah I know |
| srichardd2 | practically cincinnati |
| srichardd2 | im right next to kings island |
| Minor A | Oh nice |

## June 20, 2021

| srichardd2 | you haven't since we did have youu |
|---|---|
| Minor A | No I've been waiting for you |
| srichardd2 | good baby I only want you to do it with me unless you askk |
| Minor A | I need to ask to do it without you |
| srichardd2 | you need to ask |
| Minor A | I promised you I wouldn't do it without you |

| srichardd2 | are you gonna suck my dick baby |
|---|---|

| srichardd2 | get the marker and brush baby |
|---|---|

| srichardd2 | i wanna see you bend over and do it baby |
|---|---|
| Minor A | Okay baby |

9

| Minor A | **(SENDS SEXUALLY EXPLICIT VIDEO DEPICTING HER INSERTING HAIRBRUSH INTO HER VAGINA)** |
|---|---|
| srichardd2 | mm baby spread your ass |
| Minor A | **(SENDS SEXUALLY EXPLICIT IMAGE DEPICTING HER PUBIC AREA)** |
| srichardd2 | mmm yesss do you think the brush would work in your ass baby |
| Minor A | I'm not sure |
| srichardd2 | wanna try |
| Minor A | Sure |
| srichardd2 | i wanna see you try |
| Minor A | It fits |
| srichardd2 | lemme see you use it baby |
| Minor A | **(SENDS SEXUALLY EXPLICIT VIDEO DEPICTING HER INSERTING HAIRBRUSH INTO HER ANUS)** |
| srichardd2 | hows it feel baby |

During a forensic interview, Minor A confirmed that the Defendant induced her to produce and send depictions of her engaged in sexually explicit conduct.   [PSR ¶ 9.]

The investigation then turned to identifying the person behind srichardd2.   EPD subpoenaed Snap Inc. for account subscriber information, which connected back to an address in Morrow, Ohio linked to the Defendant, a (then) thirty-three-year-old adult. [*See id.* ¶ 11.]   EPD then served a search warrant on Snap Inc. for the account's content between June 6 and September 9, 2021.   Snap Inc.'s response contained a voluminous chat message log,[3] photographs, videos, and audio recordings, including the chat

---

[3] The account exchanged at least 41,000 messages with other users in June, at least 31,000 in July, over 60,000 in August, and over 5000 in the few days in September covered by the search warrant.

conversation and sexually explicit content that law enforcement observed on Minor A's cellphone.   It also included chat conversations in which the Defendant sent old images of himself that depicted him at a younger age.

The investigation thereafter expanded because the search warrant return—which encompassed only a four-month period—contained many other similar conversations between the Defendant and users identifying themselves as minors.   In those conversations, numerous girls who appeared to be minors sent the Defendant sexually explicit images and videos.   [*See, e.g.*, *id.* ¶ 13.]   To date, HSI has confirmed that at least seven minor females produced and transmitted depictions of themselves engaged in sexually explicit conduct to the Defendant at his direction.   HSI has identified over thirty other potential victims located throughout the United States, as well as in the United Kingdom, Thailand, Sri Lanka, and Trinidad and Tobago.   A summary of the investigation into the six other confirmed minor victims follows.

*Minor Victim B*

In October 2021, the Brown County, Ohio Sheriff's Office received a report that a minor female sent pornographic material of herself over Snapchat.   Detectives contacted HSI after learning that the matter might be related to this investigation.   Law enforcement confirmed that a then-twelve-year-old girl in Bethel, Ohio ("Minor B" or "MV B") produced child pornography at the Defendant's direction and transmitted it to him.   Specifically, on June 18, 2021, Minor B sent a video of her masturbating and sexually explicit images of her pubic area to the Defendant.   [*See id.* ¶ 14.]   Pertinent

excerpts of their chat conversation follow, with transmitted emojis, images and videos omitted.[4]

### June 18, 2021

| Minor B | Okkk |
|---------|------|
| srichardd2 | damnnn we so many |
| srichardd2 | Why |
| srichardd2 | i missed you brat |
| Minor B | No u didntt |
| Minor B | **(SENDS SEXUALLY EXPLICIT IMAGE OF HER PUBIC AREA)** |
| Minor B | **(SENDS SEXUALLY EXPLICIT IMAGE OF HER PUBIC AREA)** |
| Minor B | **(SENDS SEXUALLY EXPLICIT VIDEO DEPICTING HER PUBIC AREA AND HER MASTURBATING)** |
| Minor B | **(SENDS SEXUALLY EXPLICIT IMAGE OF HER PUBIC AREA)** |
| Minor B | [**STREET NAME OMITTED**.] Bethel Ohio |

### July 22, 2021

| Minor B | Bet **(SENDS SEXUALLY EXPLICIT IMAGE THAT CONTAINS MESSAGE REGARDING SEX)** |
|---------|------|
| srichardd2 | Bett |
| Minor B | Yo my mom kicked my dad out |
| Minor B | He ai t gonna be back for a while |
| Minor B | Aint* |
| Minor B | Wanna do it tonightttt? |
| srichardd2 | I can't tonight I can tomorrow |

---

[4] Most of the communications sent from Minor B's Snapchat account were not preserved.

| Minor B | Why not tonightttt |
|---------|--------------------|
| srichardd2 | no carrr |
| Minor B | Uggggg |
| srichardd2 | I know |

### July 28, 2021

| Minor B | **(SENDS SEXUALLY EXPLICIT IMAGE OF HER BREASTS)** |
|---------|----------------------------------------------------|
| Minor B | **(SENDS SEXUALLY EXPLICIT IMAGE OF HER BREASTS)** |

During a forensic interview, Minor B explained that "Steven Richard" contacted her, claiming he was seventeen years old.   She sent him video of herself masturbating at his direction, as well as images of her breasts and vagina.   [*See id.*]   She said that he sent her a photo of his face, and she thereafter selected a picture of the Defendant from a six-person photo array.   [*See id.* ¶ 15.]   Minor B also stated that the Defendant kept trying to meet up with her for sex and on one occasion they made plans to meet at a cemetery near her house.   According to Minor B, the Defendant went to the cemetery, but she did not show up.

### *Minor Victim C[5]*

The Defendant exchanged numerous messages with other minor female users. One such user identified herself as a thirteen-year-old girl in Indiana ("Minor C" or "MV C").   In the messages, the Defendant said that he was seventeen, and then induced Minor

---

[5] As discussed in the PSR Addendum, the United States takes the position that only the conduct pertaining to Minors A and B is "Offense Conduct" within the meaning of U.S.S.G. § 1B1.3(a)(1)(A), but the conduct related to Minors C through G is still relevant under 18 U.S.C. § 3553(a), as well as for enhancements that are not required to be classified as relevant conduct like U.S.S.G. § 4B1.5(b)(1).

C to produce depictions of herself engaged in sexually explicit conduct.   Like Minors A and B, Minor C sent the Defendant sexually explicit images, as well as a video of herself masturbating.   Pertinent excerpts of their chat conversation follow, with transmitted emojis, images and videos omitted.

### August 8, 2021

| srichardd2 | whatdya look like |
|---|---|
| Minor C | **(SENDS IMAGE OF HER FACE)** |
| srichardd2 | Cutee |
| Minor C | Thx |
| srichardd2 | single? |
| Minor C | Yeah how old are u |
| srichardd2 | 17 hbuu |
| Minor C | 13 about 14 |
| srichardd2 | oka you oka with that? |
| Minor C | Yeah |
| Minor C | I did date 16 year old before |
| srichardd2 | oka so I'll be the first 17 year old |
| Minor C | Yeah |
| srichardd2 | oka good where you from |
| Minor C | Indana Muncie |
| srichardd2 | not far I'm in Ohio by kings Island |
| Minor C | Yeah |

| srichardd2 | okaa do you have your own room |
|---|---|

| Minor C | My brother is 15. |
| Minor C | Yeaj |
| srichardd2 | oka good your little sister doesn't share with you |
| Minor C | Yeah |
| srichardd2 | she does or doesnt |
| Minor C | Doee |
| srichardd2 | oka cuz we might play truth or dare sometimes |
| Minor C | Ya |
| srichardd2 | she can play too or it can just be us |
| Minor C | Botg |
| Minor C | Both |
| srichardd2 | oka some might be kinda bad dares is that oka baby |
| Minor C | Yea bavy |
| Minor C | Baby |
| srichardd2 | oka has she seen you naked yet baby |
| Minor C | Yeah |
| srichardd2 | oka cuz she might sometimes is that oka baby |
| Minor C | Yeah baby |
| srichardd2 | oka do you have a mirror in your room baby |
| Minor C | No I think |
| srichardd2 | oka will you go in the bathroom right now baby |
| Minor C | Why |
| srichardd2 | so I can see you in the mirror baby |
| Minor C | I about to go to sleep baby |

15

| | |
|---|---|
| srichardd2 | okay baby can we talk all day tomorrow |
| Minor C | Yeah |
| Minor C | Baby I'm |
| srichardd2 | okay baby you can go to sleep I love you |
| Minor C | Yeah baby I love you to |
| srichardd2 | will you take lots of pictures for me tomorrow baby |
| Minor C | **(SENDS SEXUALLY EXPLICIT IMAGE OF HER BREASTS)** |
| Minor C | Yeah |
| srichardd2 | can I kiss them |
| Minor C | I think ya lol |
| srichardd2 | good lol have you had sex yet |
| Minor C | No |
| srichardd2 | We're gonna |
| Minor C | When lpl |
| srichardd2 | soon lol do you want to |
| Minor C | Lol |
| srichardd2 | baby pull your underwear down lemme see |
| Minor C | When |
| srichardd2 | right now baby |
| Minor C |  I'm M"" |
| Minor C | Am going to sleep |
| srichardd2 | just really quick |
| Minor C | Because I need up. At 9 |
| srichardd2 | oka lemme see baby's pussy and you can go to sleep |

| Minor C | (SENDS SEXUALLY EXPLICIT VIDEO DEPICTING HER MASTURBATING) |
|---|---|
| srichardd2 | have you ever put your finger in your hole baby |
| srichardd2 | I love you baby goodnight |

On January 27, 2022, investigators met with Minor C and her parents.   Minor C—a non-verbal, thirteen-year-old girl confined to a wheelchair—communicated with investigators by gestures and typing on a cell phone.   Minor C confirmed that her Snapchat username was the one in the above communications and that she recognized the srichardd2 account.   [*See* PSR ¶¶ 65, 66.]

*Minor Victim D*

Investigators identified another minor female in Indiana from the srichardd2 account ("Minor D" or "MV D").   The conversation began with the Defendant again claiming he was seventeen years old and Minor D telling him she was eleven years old. Consistent with the Defendant's other chat conversations, his messages became flirtatious after Minor D disclosed her age.   The Defendant sought depictions of her engaged in sexually explicit conduct, and expressed his desires regarding a future physical relationship.   Minor D initially resisted, and only sent non-sexually explicit images which confirmed that she was a child.   The Defendant persisted, and ultimately induced Minor D to produce child pornography of herself.   [*See id.* ¶¶ 24, 25.]   Pertinent excerpts of their chat conversation follow, with transmitted emojis, images and videos omitted.

17

**June 24, 2021**

| srichardd2 | right lmao where you from |
| --- | --- |
| Minor D | Rushvill |
| Minor D | Wby |
| srichardd2 | what state |
| Minor D | Indiana |
| srichardd2 | not far I'm in cincinnati |
| srichardd2 | you know where kings island is |
| Minor D | Ya |
| srichardd2 | I live right down the street |
| Minor D | Awsome lucky |
| srichardd2 | how oldd are youu |
| Minor D | You say first |
| srichardd2 | 17 hbu |
| Minor D | 11 but act like i 16 |
| srichardd2 | oka good you do act older? |
| Minor D | Told you why |
| srichardd2 | just askinn so we can start talkin alot |
| Minor D | Ok good you are esay to talk to |
| srichardd2 | so are you I like talkin to you |
| Minor D | Same |
| Minor D | Werid but what do you look like |
| srichardd2 | you first |
| Minor D | Ok |

18

| Minor D | **(SENDS IMAGE OF HER FACE)** |
|---|---|

| srichardd2 | oka lmao I'll start saving yours too |
|---|---|
| Minor D | Ok fine with me |
| srichardd2 | oka good ill prolly start makin you take lots |

| srichardd2 | hopefully eventually I end up bein your bf |
|---|---|
| Minor D | Huh |
| Minor D | You can be my bff |
| srichardd2 | not bf? |
| Minor D | What |
| srichardd2 | nunn |
| Minor D | Ok |
| Minor D | So do you want to be my best friend |
| srichardd2 | for now and maybe eventually bf deal? |
| Minor D | Ok deal |
| srichardd2 | oka good and we can get to know everything about each other |
| Minor D | Ok |

## June 26, 2021

| srichardd2 | I do . I still haven't seen it naked yet tho |
|---|---|
| Minor D | No |
| Minor D | Yo you 17 |

## June 27, 2021

| Minor D | **(SENDS IMAGE OF HERSELF)** |
|---|---|
| srichardd2 | chips |
| srichardd2 | kissesss |
| srichardd2 | I wanna kiss your private |
| Minor D | No no no. No nono no no. Nono no |
| srichardd2 | yesss I do |

## July 21, 2021

| Minor D | Ya but its picture day i have to were my intire outfit |
|---|---|
| srichardd2 | I wanna see when youre done |
| srichardd2 | gettin dressed |
| Minor D | Ok |
| srichardd2 | before when youre changing I wanna see baby in just underwear |
| Minor D | You cani still have to get in shorts |
| srichardd2 | oka baby if you change stand up and pull your underwear down for me then you can pull them back up |
| Minor D | Ugh fineeee |
| srichardd2 | thank you babyy |
| Minor D | Yo welcome |
| srichardd2 | when are you changing |
| Minor D | Now |
| srichardd2 | oka baby |
| Minor D | **(SENDS IMAGE DEPICTING HER IN UNDERWEAR)** |
| srichardd2 | naked baby |

| srichardd2 | after practice |
|---|---|
| Minor D | Ugh i cant im going to be late ok after |
| srichardd2 | oka baby |

## July 23, 2021

| srichardd2 | watchin a creepy movie what are you doing |
|---|---|
| Minor D | **(SENDS SEXUALLY EXPLICIT IMAGE DEPICTING HER BREAST)** |

## August 20, 2021

| Minor D | **(SENDS IMAGE DEPICTING HER LAYING IN BED)** |
|---|---|
| Minor D | **(SENDS IMAGE DEPICTING HER IN UNDERWEAR)** |
| Minor D | **(SENDS SEXUALLY EXPLICIT IMAGE DEPICTING HER PUBIC AREA)** |
| Minor D | **(SENDS SEXUALLY EXPLICIT IMAGE DEPICTING HER PUBIC AREA)** |
| Minor D | **(SENDS SEXUALLY EXPLICIT IMAGE DEPICTING HER PUBIC AREA)** |
| Minor D | **(SENDS SEXUALLY EXPLICIT IMAGE DEPICTING HER PUBIC AREA)** |
| Minor D | **(SENDS SEXUALLY EXPLICIT IMAGE DEPICTING HER PUBIC AREA)** |
| srichardd2 | lemme see you put one all the way in |
| Minor D | **(SEND SEXUALLY EXPLICIT IMAGE OF HER FINGER INSERTED INTO HER VAGINA)** |

On February 1, 2022, investigators met with Minor D and her parents.   Minor D—who was indeed eleven at the time of the above communications—confirmed that her Snapchat username was the one that investigators observed in the above conversation. She also confirmed that she recognized the username srichardd2, and that an image of the Defendant was the person she knew from that account as Steven Richards.

21

During a subsequent forensic interview, Minor D confirmed that the Defendant requested images of her vagina and that she sent them to him.   Minor D also disclosed that the Defendant communicated with her friend (Minor E as discussed below) and that the Defendant asked Minors D and E to play "truth or dare" with each other. [*See* PSR ¶¶ 24, 25.]

*Minor Victims E & F*

Investigators confirmed that the Defendant also used Snapchat to communicate with Minor D's friend, a twelve-year-old girl in Indiana ("Minor E" or "MV E").   The Defendant also communicated with Minor E's ten-year-old sister ("Minor F" or "MV F") through Minor E's Snapchat account.   [*See id.* ¶¶ 70, 71.]   The Defendant repeatedly pressed Minors E and F to produce depictions of themselves engaged in sexually explicit conduct.   In some instances, he sent them images and video of a minor female engaged in sexually explicit conduct (who he claimed was Minor D[6]) to illustrate what he wanted from them and to persuade them to so engage.   He successfully induced their compliance, and received depictions of Minors E and F engaged in sexually explicit conduct.   [*See id.* ¶¶ 74, 75.]   Pertinent excerpts of their chat conversation follow, with transmitted emojis, images and videos omitted.[7]

---

[6] The images and video appear consistent with those Minor D produced at the Defendant's direction, but the United States cannot confirm that all of the depictions are of Minor D.

[7] Most of the communications sent from Minor E's account were either in recorded audio or were not preserved.   The Defendant's messages were preserved, however, and reflect that he received child pornography of Minors E and F that they produced at his direction.   As discussed below, such material was also found saved on the Defendant's cell phone.

**November 4, 2021**[8]

| srichardd2 | okaa lemme see you |
|---|---|
| srichardd2 | youu head to toe |
| srichardd2 | noo naked then ill have you turn aroundd |
| srichardd2 | lemme tell you things to doo |

**November 5, 2021**

| srichardd2 | laterr. do you have your own room or do you share |
|---|---|
| srichardd2 | while your in the bathroom lemme see you head to toe completely naked |
| srichardd2 | yeahh ive seen hers too but dont tell her I told you |
| srichardd2 | oka are you in the bathroom |
| srichardd2 | lemme see you |
| srichardd2 | am I the only boy thats seen it |
| srichardd2 | ima see it alottt |

**November 6, 2021**

| srichardd2 | do you wanna finger later if I tell you how |
|---|---|
| Minor E | I can now they aren't around |
| srichardd2 | am I the only boy youve showed down there to |
| Minor E | Yes what about the video |
| srichardd2 | laterr once I do thatt |
| srichardd2 | have you or [Minor D] seen each others |

---

[8] The EPD search warrant was restricted to a four-month period through September 9, 2021.   As discussed below, the Cache County, Utah Sheriff's Office obtained a search warrant that extended beyond that period.   Evidence regarding Minors E, F, and G was in that return, which was shared with HSI.

23

| Minor E | No |
|---|---|
| srichardd2 | Ive seen both |
| srichardd2 | **(SENDS SEXUALLY EXPLICIT IMAGE OF MINOR FEMALE'S PUBIC AREA)** |
| Minor E | Are there any more |
| srichardd2 | lemme see yours like thatt and yehh |
| Minor E | Ok one sec |
| srichardd2 | okaa |
| Minor E | hope on |
| Minor E | Is that making u hard yet |
| srichardd2 | you have hair [Minor D] doesn't yett |

| srichardd2 | have you ever played with yours |
|---|---|
| srichardd2 | right where it starts to separate there's a really sensitive spot |
| srichardd2 | take your underwear off |
| srichardd2 | lemme see there off |
| srichardd2 | **(SENDS SEXUALLY EXPLICIT IMAGE OF MINOR FEMALE'S PUBIC AREA)** |
| srichardd2 | like right there |
| srichardd2 | does a finger fit in |
| srichardd2 | if you open your legs theres a hole |
| srichardd2 | see if one finger can go in |
| srichardd2 | lemme see |
| srichardd2 | oop wait I gotta idea |
| srichardd2 | do you have thin markers |
| srichardd2 | oka get one |

24

| srichardd2 | wait |
|---|---|
| srichardd2 | lemme see it in |
| srichardd2 | It's makin your holes lil biggerrr |
| srichardd2 | wait lemmee see your hole |

| srichardd2 | I'm surprisedd you have more hair than [Minor D] |
|---|---|
| srichardd2 | isnt she older than you |
| srichardd2 | yehh wait do you wanna see [Minor D] nakedd |
| srichardd2 | oka but you gotta do it too |
| srichardd2 | **(SENDS SEXUALLY EXPLICIT IMAGE OF MINOR D EXPOSING HER BREASTS)** |

| srichardd2 | do you wanna see her nakedd |
|---|---|

| srichardd2 | **(SENDS SEXUALLY EXPLICIT IMAGE OF MINOR FEMALE INSERTING FINGER INTO HER VAGINA)** |
|---|---|
| srichardd2 | She put a fi get in too |
| srichardd2 | Finger |
| srichardd2 | noo she would when you guys are together |
| srichardd2 | waitttt I gotta bad idea |
| srichardd2 | I diddd |
| srichardd2 | yeh I did that was just when I made her put her finger innn |

## November 7, 2021

| srichardd2 | [Minor E] can I show [Minor D] youu |
|---|---|

| srichardd2 | oka do you wante to take your and [Minor D's] both virginity |
|---|---|
| srichardd2 | do you want me to be the first boy you both have sex with |

| srichardd2 | yeahh we can do it the same time |
| --- | --- |
| srichardd2 | yeah wanna try |
| srichardd2 | wanna soon |
| srichardd2 | soo I drive |
| srichardd2 | you needa start playing with yourself every day so my dick will fit in your hole |
| srichardd2 | okaa were gonna have sex without a condom |
| srichardd2 | do you want me to be |
| srichardd2 | if you were here would you lemme put it in you a few times |
| Minor E | **(SENDS IMAGE OF HER FACE)** |
| srichardd2 | do you wanna suck on it |
| srichardd2 | I wanna put it in your private |

| srichardd2 | do you want to try putting my dick in your ass |
| --- | --- |

| srichardd2 | I wanna start serin your private every day |
| --- | --- |
| srichardd2 | can I spread your legs and slide my dick in you |

## November 16, 2021

| srichardd2 | is thatt your sisterr |
| --- | --- |
| srichardd2 | have you guys seen each other nakedd and yeh I was eatinn |
| srichardd2 | can I dare you to flash each otherr |
| srichardd2 | is it just you two |
| srichardd2 | are you both in just tshirts |
| srichardd2 | lemme see you guys tell her I'm givin you dares |
| srichardd2 | oka |
| srichardd2 | oka are you guys ina room by yourselves |

26

| srichardd2 | okaa lemme see you both without tshirts |
|---|---|
| srichardd2 | take one of each otherr |
| srichardd2 | yehh ill show you guys my dick once I give you a few dares |

| srichardd2 | 17 hbu |
|---|---|
| srichardd2 | oka are you [Minor F] okay doin things with a older boy |
| srichardd2 | have you done anything with your privates yet |
| srichardd2 | oka I might dare you and [Minor E, her sister] to touch each otherss |
| srichardd2 | oop wait so she's not around |
| srichardd2 | no I'ma just have you pull your underwear downn I've seen [Minor D's] lemme see you |

| srichardd2 | oka spread your legs open and lemme see |
|---|---|
| srichardd2 | have you [Minor F] seen [Minor D's] before |
| srichardd2 | wha |
| srichardd2 | yeh I like you both but you don't have snap |
| srichardd2 | do you want me to give you guys dares later |
| srichardd2 | okaa do you care if she tries playin with youu |
| srichardd2 | oka ill have you play with yourself first |
| srichardd2 | are you in your roomm by yourself |
| srichardd2 | I taught [Minor E, her sister] how to play with herself do you wanna learn |
| srichardd2 | do you wanna |
| srichardd2 | do you have a marker or a pencil |
| srichardd2 | oka get it and take your underwear off |
| srichardd2 | yeh lemme see it |

| srichardd2 | yeh lemme see it |
|---|---|

| srichardd2 | It's cute that it doesn't have hair |
|---|---|
| srichardd2 | do you know where the hole is |
| srichardd2 | a have you slide the pen in |

| srichardd2 | do a timer video and sit back and spread your legs and use it |
|---|---|
| srichardd2 | oka hold it with one hand spread your legs and slide the pen in |
| srichardd2 | it doesn't fit |

## **November 17, 2021**

| srichardd2 | do you care that I save your picturess brat |
|---|---|
| srichardd2 | no I mean do you care that I save your pictures |
| srichardd2 | I'll put you as my background but no one besides me you and [Minor F] look at our conversation right |
| Minor E | Huh |
| srichardd2 | I don't want anyone besides us seeing you guys naked |

## **November 19, 2021**

| srichardd2 | yeh but I quit talkin to [Minor D] when we started talkin now I just talk to you [Minor E] and [Minor F, her sister] |
|---|---|
| Minor E | K |
| srichardd2 | why does that make you mad |
| Minor E | Because u left [Minor D] |
| Minor E | And then now u always want to see me and my sis it was just supposed to be me |
| srichardd2 | it is just you relationship wise but ima still give you and your sis dares since I cut [Minor D] out |
| srichardd2 | because me and you are practically dating |
| Minor E | I mean yea but now u want to see [Minor F, her sister] |

| srichardd2 | yeh soo? I've seen every inch of you both almost it's just dares for you both to do |
| Minor E | BUT WERE TECHNICALLY DATING |
| srichardd2 | sooo it's not like im doing anything with her you see the dares |
| Minor E | Yea of her pussy |
| srichardd2 | yeh and yours brat |
| Minor E | What |
| srichardd2 | I've seen both yours and you've seen each others |

**November 20, 2021**

| srichardd2 | baby can we try having sex and I'll teach you how |

**November 21, 2021**

| srichardd2 | outside since we can't at your house |
| srichardd2 | where's the camera |

During a forensic interview, Minor E confirmed that she knew her friend, Minor D, sent sexually explicit images to the Defendant.   According to Minor E, the Defendant threatened to share those images of Minor D with others if Minor E did not follow suit and send him sexually explicit images of herself.   She also confirmed that the Defendant wanted to play "truth or dare" with her and Minor D.   Minor E further confirmed that she sent the Defendant sexually explicit images of herself, and that Minor F also sent such images.   [*See* PSR ¶¶ 67-69.]

During a forensic interview, Minor F stated that her older sister was friends with a guy on Snapchat and they had to send him pictures of themselves.   Minor F confirmed

29

that an image of the Defendant was the person with whom they communicated.   Minor F indicated that she sent an image of her breasts to the Defendant and that the Defendant requested that Minors E and F touch each other's "privates."   [*See id.* ¶¶ 70, 71, 73.]

*Minor Victim G*

In December 2021, the Logan City, Utah Police Department received a report that a minor female sent pornographic material depicting herself to "Steven Richard" in Ohio. The Cache County, Utah Sheriff's Office contacted HSI after learning that the target of their investigation might be connected to HSI's investigation.   The Sheriff's Office thereafter shared their case materials with HSI, which included material from a search warrant return for the srichardd2 account through December 2021.   [*See id.* ¶ 62.]

The investigation confirmed that a then-eleven-year-old female in Utah ("Minor G" or "MV G") communicated with the Defendant through Snapchat, produced sexually explicit depictions of herself, and transmitted those images to the Defendant at his request.   Like he did with other victims, the Defendant instructed Minor G how to masturbate.   At one point, however, Minor G told the Defendant that it hurt to insert the item he had instructed her to use.   Additionally, the Defendant expressed a desire to meet Minor G in person.   A forensic examination of Minor G's phone revealed sexually explicit depictions of her and of the Defendant.   [*See id.* ¶ 64.]   According to Minor G, she also sent the Defendant an image of her eight-year-old brother's penis at the

Defendant's direction.   [*See id.* ¶¶ 63, 64.]   Pertinent excerpts of their chat conversation

follow, with transmitted emojis, images and videos omitted.[9]

### August 17, 2021

| srichardd2 | yeah baby just take a bunch while the lights on |
| --- | --- |
| srichardd2 | a bunch baby you know what kinda stuff to do |
| srichardd2 | I saved them baby |
| srichardd2 | you can do videos if you want baby |

### August 19, 2021

| Minor G | Let me ask u this can I talk to boys or not |
| --- | --- |
| srichardd2 | yeah if you want |
| Minor G | If u don't what me to I won't |
| srichardd2 | I don't but I won't control you |
| Minor G | Oka k won't talk to boys |
| Minor G | I* |
| Minor G | Cuz your my boyfriend so I will won't do what I don't what me to |
| srichardd2 | Promise |
| Minor G | Promise |
| srichardd2 | only me then baby |
| Minor G | Yup |
| srichardd2 | I wanna kiss you |

---

[9] Many of the communications sent from Minor G's account were not preserved but the messages from the Defendant reflect her production and transmission of sexually explicit material.   As discussed below, sexually explicit images of Minor G were found saved on the Defendant's cell phone.

| Minor G | Me too |
|---------|--------|
| srichardd2 | we can cuddle and make out |
| Minor G | Yess |
| srichardd2 | cuddle nakedd |
| Minor G | Ya |
| srichardd2 | can I play with baby's pussy |
| Minor G | Yes |
| srichardd2 | baby get a marker in your room for later |
| Minor G | Oka if I have one |
| srichardd2 | oka baby |

## September 4, 2021

| Minor G | How old are you again bay |
|---------|--------|
| srichardd2 | 17 baby whyy |
| Minor G | Just wondering |
| srichardd2 | is that not oka |
| Minor G | It is |

| srichardd2 | oka baby will you cut your hair down there today |
|---------|--------|
| Minor G | Ya |
| Minor G | Am ganna take a shower then we can |
| srichardd2 | oka cut as much as you can baby so I can completely see your pussy |
| Minor G | Ok |
| Minor G | Am done taking a shower |
| srichardd2 | oka did you get scissors |

| Minor G | Ye |
| srichardd2 | oka lemme see baby pussy |
| Minor G | Ok |
| srichardd2 | I wanna play with it |
| Minor G | Mmmm beat that would feel good |
| srichardd2 | and kiss on itt |
| Minor G | That could feel nice |
| Minor G | Would* |
| srichardd2 | and use my fingers inside youu |
| Minor G | Mmmm yes |
| srichardd2 | put 2 fingers in baby |
| Minor G | Ok |
| Minor G | They fit a lot better |
| srichardd2 | lemmee see |
| Minor G | Ok |
| srichardd2 | lemme see babys hole |
| Minor G | Ok |
| srichardd2 | and babys assholee |
| Minor G | Ok |
| srichardd2 | get the toothbrushhh baby |
| Minor G | Ok |
| Minor G | Got it |
| srichardd2 | use it for me baby |
| Minor G | Ok front hole |
| srichardd2 | yeah baby |

| Minor G | Ok |
| --- | --- |
| srichardd2 | have you tried the hairbrush yet baby |
| Minor G | No |
| Minor G | Why |
| srichardd2 | get it |
| Minor G | Ok |
| srichardd2 | does it fit yet |
| Minor G | Got it |
| srichardd2 | lemmee see |
| Minor G | Ok |
| srichardd2 | does it fitt |
| Minor G | Um when I try to but it in It actually hurt |
| srichardd2 | oka don't baby you'll get there soon |
| Minor G | Ok |
| srichardd2 | use the toothbrushhh baby |

| srichardd2 | moan baby |
| --- | --- |
| Minor G | I can't |
| Minor G | I wish I could |
| srichardd2 | me too baby |
| Minor G | U know why can't baby |
| Minor G | Cuz my bro is right next to me |
| srichardd2 | did he see you do it |
| Minor G | No |

| srichardd2 | lemme see you rub it baby |
| --- | --- |

| | |
|---|---|
| Minor G | Ok |
| srichardd2 | don't be so sneaky so he can seee |
| Minor G | Ok |
| Minor G | Why do u what him to seee |
| srichardd2 | you couldd have him try to do it for youu |
| Minor G | His 8 |
| srichardd2 | I knoww it's only 4 years difference |
| Minor G | Ik |
| srichardd2 | or tell him I dared you to show him |
| Minor G | Ok |
| srichardd2 | lemme see you show him baby |
| Minor G | He just left to the living room |
| srichardd2 | oka is your underwear still down |
| Minor G | Ya |
| srichardd2 | I wanna see baby bend over |
| Minor G | Ok |
| Minor G | **(SENDS SEXUALLY EXPLICIT IMAGE OF HER BREASTS)** |
| Minor G | **(SENDS SEXUALLY EXPLICIT IMAGE OF HER BREASTS)** |

## September 5, 2021

| | |
|---|---|
| srichardd2 | do you want me to cum in your mouth or pussy |
| Minor G | Both |
| srichardd2 | which first |
| Minor G | Whichever one you want first |
| srichardd2 | take your underwear off baby |

| Minor G | Ok |
|---------|-----|
| srichardd2 | lemme see there off |
| Minor G | Ok |
| srichardd2 | lemme see your hole baby |
| Minor G | Ok |
| srichardd2 | play with it baby |
| Minor G | Ok |
| srichardd2 | do you like being bad for me |
| Minor G | Yes |
| srichardd2 | we needa find other stuff for you to doo |
| Minor G | K |
| srichardd2 | lemme see you put your fingers in baby |
| Minor G | K |
| srichardd2 | finger baby |
| Minor G | Ok |
| srichardd2 | baby want me to get you pregnant |
| Minor G | Ya |

## September 8, 2021

| Minor G | Were have u done sexy before |
|---------|------------------------------|
| srichardd2 | in bed and a car and a park why baby |
| Minor G | Non bay |
| srichardd2 | where do you want to |
| Minor G | Car |
| srichardd2 | oka baby when I come to Utah on vacation |

| | |
|---|---|
| Minor G | When is that? |
| srichardd2 | prolly in December or January when I have no school |
| Minor G | Ok |
| srichardd2 | if you want |
| Minor G | Baby my parent said intel am 18 am sorey |
| srichardd2 | okay baby |
| Minor G | Am sorey |
| srichardd2 | It's oka baby |

### September 9, 2021

| | |
|---|---|
| Minor G | Also I would what u to delete all the pics and videos I send u |
| srichardd2 | I did |
| Minor G | Good |

### December 11, 2021

| | |
|---|---|
| srichardd2 | baby i got an idea |
| Minor G | What is it |

| | |
|---|---|
| srichardd2 | oka later ima have you pull your brothers underwear down but rn ima have you take yours off |
| Minor G | They are off |
| srichardd2 | lemme see |

## B. The Investigation – Stiles' Search Warrant and Interviews

On December 16, 2021, law enforcement executed a federal search warrant on the

Defendant's residence in Morrow, Ohio.   [*See* PSR ¶ 16.]   The Defendant's sister (who

did not live at the residence) arrived on scene during the search. She told police that she "knew this was going to happen," explaining that the Defendant had a history of concerning relationships with minors. For instance, she related that:

> Probably nine or ten years ago, … [h]e was out with three underage girls, and one had some sort of custody agreement and was late to go with her mom or her dad … so they filed a missing persons [report], I think, and it was known that she was with [the Defendant.] … She was … probably fifteen [years old] … and [the Defendant was in his] late twenties.

She also shared the following:

> [W]e were all hanging out and [the Defendant] brought this girl with him, and I was like, "Hmm. How old is she, Stevie?" and [the Defendant] was like twenty-five [years old at the time] and he said that she was nineteen. … So, me and my friend were just kind of like, "Oh my gosh. I cannot believe Stevie is turning" whatever age he was turning that year. And [the girl the Defendant was with] looked at us and … she was like, "I didn't know that. … He said he just turned eighteen." … [A]nd she said, "I'm fifteen."

According to the Defendant's sister, the girl confirmed a sexual relationship with the Defendant. The Defendant's sister also told police that "just recently, a mom contacted me because there was a post going viral on Facebook about [the Defendant.] … She said, 'He's talking to my eleven-year-old daughter and he's being sexual with her.'"

Law enforcement also spoke to the Defendant's stepfather (who did live at the residence). He too cited the viral Facebook post about the Defendant, and also echoed the Defendant's overall history with minors:

> This ain't the first time I've had police at my house. … Talking to super young girls …. I had a Pennsylvania State Police Officer call me at three o'clock in the morning [about ten years ago] and say, "Your son was with my daughter." … Then one day we had SWAT here. He was with some young girl at four o'clock in the morning.. … Young girls he's had come to the house. We've told them, "If you're not eighteen, get the hell out." So,

they'd leave immediately.   Sixteen or seventeen … local girls. … He walks
in with them.   That's been a few years ago.

Law enforcement confirmed that a Facebook post was circulated concerning the

Defendant's sexual communications with a minor.   [*Cf.* PSR ¶ 19 ("STILES related he

used Facebook to communicate with girls prior to using Snapchat.").]   Law enforcement

also confirmed that the Defendant was arrested, and thereafter convicted, for interference

with the custody of a minor when he was twenty-five years old.   [*Id.* ¶ 84.]   According

to reports, three fourteen-year-old girls were reported missing, the Defendant had tried to

pick the girls up the prior day, and the Defendant's Facebook profile indicated that he

was married to one of the minors.   Reports further indicate that police worked with the

Defendant's mother and friend to secure the girls' return, but the Defendant stopped

responding.

Law enforcement also interviewed the Defendant during execution of the

residential search warrant.   The Defendant acknowledged that (i) he created, and was the

sole user of, the srichardd2 account; (ii) he knowingly spoke to underage girls on

Snapchat and instructed girls how to masturbate; and (iii) he received depictions of

underage girls engaged in sexually explicit conduct.   He explained that he concealed his

true age—including sending old photographs from when he was younger—so the girls

would engage with him.   He admitted making plans to meet the girls in-person, but

claimed that he never followed through because he lacked a driver's license and was no

longer attractive.   Law enforcement showed the Defendant his conversations with Minor

A.   He claimed that he did not recognize her username, but confirmed that he participated and that it aligned with his typical dialogue on Snapchat.   [*See id.* ¶¶ 16-20.]

The Defendant also told law enforcement where his room was in the residence and admitted that all devices in that room belonged to, and were solely used by, him.   Law enforcement recovered an LG wireless phone under the Defendant's bed that was logged into the srichardd2 account and which contained numerous image and videos of minors engaged in sexually explicit conduct, including of Minors A, D, E, F, and G.   [*See id.* ¶ 75.]   Law enforcement also recovered a ZTE wireless phone that was logged into the Snapchat account "srichardd1" and that contained numerous image and videos of unidentified minors engaged in sexually explicit conduct.   A tablet also contained one video of an unidentified minor female engaged in sexually explicit conduct.

### C.  Procedural History

The Defendant was arrested on a criminal complaint on December 20, 2021.   [R. 4: Criminal Complaint; R. 26: Criminal Complaint (Redacted).]   On January 13, 2022, the federal grand jury returned a two-count indictment charging the Defendant with violations of 18 U.S.C. §§ 2251(a) and 2252(a)(2) (using a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and knowing receipt of a visual depiction of a minor engaged in sexually explicit conduct, respectively) for his conduct with Minor A.   [R. 9: Indictment.]   On April 19, 2022, the Defendant pleaded guilty to Count 1 of the Indictment pursuant to a plea agreement.   [R.

29: Plea Agreement.]   The Defendant is scheduled to be sentenced on July 19, 2022.

[R. 28: Sentencing Order.]

## II.   Objections to the Presentence Investigation Report

The Defendant objected to a two-point increase in his criminal history score for committing the instant offense while under any criminal justice sentence pursuant to U.S.S.G. § 4A1.1(d) because the probation sentence imposed in Clermont County Municipal Court, Batavia, Ohio, Case No. 2017-CRB-04382 would have expired nearly two years before the instant offense.[10]   [Defense objection 2, Addendum to PSR; *see* PSR ¶¶ 87, 88, 122.]

The criminal history score and corresponding category set forth in the PSR are correct for the reasons set forth in the PSR Addendum.   Although the Defendant's probation may have been set to expire in 2019, a probation violation warrant was issued within the probation period and remained active through the commission of the instant offense in 2021.   [*See* PSR ¶ 85.]   As explained in application note 4, "[a] defendant who commits the instant offense while a violation warrant from a prior sentence is outstanding (*e.g.*, a probation … warrant) shall be deemed to be under a criminal justice sentence for the purposes of this provision if that sentence is otherwise countable, *even if that sentence would have expired absent such warrant*."   U.S. Sentencing Guidelines Manual § 4A1.1, cmt. n.4 (2021) (emphasis added).

---

[10] The Defendant recently withdrew his objection.   [R. 36: Defendant's Sentencing Memorandum.] Because the PSR Addendum addresses the issue as disputed, the United States briefly responds here.

### III.    Recommended Sentence

When imposing a sentence, the Court must select a sentence that is "sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of [section 3553(a)(2).]"  18 U.S.C. § 3553(a).   In doing so, the Court must consider the following, non-exhaustive factors: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, to protect the public from further crimes of the defendant, and to provide the defendant with needed training, care, or treatment; (3) the Guidelines range (which in this case is the statutory maximum 360 months of imprisonment); and (4) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct.  *Id.*

As set forth more fully below, the statutory maximum term of imprisonment—which is the Defendant's recommended guidelines sentence—followed by a lifetime term of supervised release, would satisfy the foregoing factors.   The United States submits that $55,000 in special assessments is also warranted.

### A.  Nature and Circumstances, Seriousness, and Just Punishment

Child sexual exploitation offenses are inherently serious, but there is nevertheless a spectrum of conduct with varying degrees of severity.   For example, possession of images can be thought of as within the broader, bottom portion of a pyramid (relatively

less egregious/severe; relatively more offenders), whereas production of new child pornography is within the narrower top (most severe; relatively fewer offenders).   The Defendant's conduct—which was rampant and alarmingly successful—lies at the apex of that pyramid.

The Defendant leveraged the insulation and anonymity of the Internet against the naivete of children to induce them to produce child pornography.   Following a pattern, he first confirmed the child's age and then gained her trust under false pretenses, claiming he was a teenager interested in a relationship.   Once he successfully lowered the child's inhibitions—and normalized sexually explicit communications—he solicited and choreographed the victim's production of pornography.

The Defendant's conduct was far from isolated, as he continued exploiting the seven identified victims after first persuading them to produce and send him child pornography.   His preoccupation with generating child pornography was even deeper, however, as evidenced by the dozens of other suspected victims.   Furthermore, the chat logs from the srichardd2 account show that the Defendant spent significant time nearly every day on Snapchat.[11]   Simply put, his principal pursuit was exploiting minors to produce child pornography.

As to the specific count of conviction, the Defendant victimized Minor A, a fourteen-year-old girl, on multiple occasions under the auspices of a fictious romantic relationship between teenagers.   The Defendant directed Minor A to record herself being

---

[11] *See supra* note 3.

penetrated both vaginally and anally with household objects, and presumably would have continued doing so but for her parents' intervention.   At the same time, the Defendant was also victimizing Minor B and, again, would presumably have continued but for others' intervention.   The Defendant engaged in near identical behavior with Minors C through G and dozens of other suspected victims.   In at least one instance, he also transmitted child pornography to one of his victims to lower her inhibitions so that she would produce similar material.   In another instance, he reportedly used one victim against her sibling, a younger child.

The only feature that separates the Defendant's crime from the pinnacle of production offenses is the lack of in-person physical contact by him.   Any mitigating value in that is negligible, however, as the Defendant took steps to meet his victims—that is, he ascertained their hometowns, discussed plans to meet his victims for sex, and detailed his intentions upon making in-person contact.   The Defendant told investigators that he discussed such matters so the girls would keep talking to him, and he always gave an excuse for not showing up.   The Defendant did not disclaim interest in hands-on contact, however, nor did he indicate he would refuse sex with a child.   Rather, he cited his lack of a driver's license and a belief that the child would lose interest once she saw he was not the younger version of himself.   The absence of physical contact is thus not a credit to the Defendant, but rather a fortunate byproduct of other factors.

Furthermore, the Defendant manipulated his victims to themselves engage in sexual contact, giving explicit instructions.   Part of that was fulfilling his desires, but the

conversations also reflect that his victims were simply naive as to sexual matters. Considering their age—and as corroborated by their messages—their contact with the Defendant was among these girls' first sexual experiences.   The Defendant effectively commandeered their hands, and so the fact that he did not personally touch them will have little mitigating value as they carry their experiences, and psychological harm, forward.

### B.  The History and Characteristics of the Defendant, Need to Promote Respect for the Law, Protecting the Public

The Defendant's history and characteristics support a guidelines sentence.   As reflected by the Defendant's criminal history and corroborated by family members, the Defendant has repeatedly acted upon his attraction to children in alarming ways.   From romantically associating with them, to interfering with their parents' custody, to contacting dozens of them through social media, the Defendant has demonstrated a long-standing and persistent disregard for their age and the law.   [*See* PSR ¶ 84.]   The Defendant reports difficult circumstances in life, [*see, e.g.*, *id.* ¶¶ 95, 96, 104], but his past and alcoholism do not explain, nor excuse, his conduct.   Over-and-over again, he chose to use minors to produce child pornography.   The sentence recommended herein would promote respect for the law and protect the public from further crimes by him.

### C.  Deterrence

Both specific and general deterrence are critical factors in this case.   As to specific deterrence, this is the first time the Defendant has been convicted of a child sexual exploitation offense, but he was previously convicted of interfering with the

custody of a child in relevant circumstances and he has a troubling history associating with minors as an adult.   Despite knowing that his contact was raising red flags (and was wrong), the Defendant persisted.   His conduct escalated to the instant offense, where he engaged in a multi-month child exploitation crime spree that, by all accounts, would have continued but for his arrest.   A significant period of incarceration and a lifetime term of supervised release is necessary to deter similar conduct by the Defendant.

As regards general deterrence, the Internet gives child predators a powerful tool to identify and exploit victims.   As this case illustrates, applications like Snapchat act as a force multiplier for offenders to victimize children across the country and around the world, and get within one step of hands-on contact.   A guidelines sentence would deter those who would similarly use social media and the physical separation of the Internet to exploit children, while avoiding unwarranted sentencing disparities among defendants with similar records and who have been found guilty of similar conduct.

### D.  Financial Penalties

There are no restitution requests, and the Defendant appears to have limited ability to pay a fine.   [*See* PSR ¶¶ 116-120.]   In a case like this, however, a special assessment of $5,000 is statutorily required unless the Defendant is, in fact, indigent.   18 U.S.C. § 3014; [*see* PSR ¶ 130.]   Additionally, a mandatory assessment of not more than $50,000 must be imposed without regard to the Defendant's financial status.   18 U.S.C. § 2259A(a)(3); [*see* PSR ¶ 131]; *see also United States v. Madrid*, 978 F.3d 201, 206 (5th

Cir. 2020) ("[A] special assessment under 18 U.S.C. § 2259A does not require identification of a victim and proof of losses ….").

The United States submits that those assessments should be imposed, though they need not be due at the time of sentencing.  *See, e.g.*, 18 U.S.C. § 3613(c) ("[A]n assessment imposed pursuant to section 2259A … is a lien in favor of the United States on all property and rights to property of the person fined ….").   As reflected by those statutes, persons who victimize children should not only face loss of liberty, but should also suffer financial loss.   No amount of money can rectify the harm the Defendant caused, but the assessments will provide deterrence to other would-be offenders.

## IV.    Conclusion

A 360-month term of imprisonment, followed by a lifetime of supervised release is sufficient, but not greater than necessary to comply with the 3553(a) factors.   The Defendant's extensive child exploitation, as well as the need for deterrence and to promote respect for the law, weigh heavily in favor of that maximum sentence and against anything less.

<div style="margin-left:40%">

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:   /s/ Andrew A. Spievack
       Assistant United States Attorney
       207 Grandview Drive, Suite 400
       Ft. Mitchell, Kentucky 41017
       (859) 655-3205
       FAX (859) 655-3211
       Andrew.Spievack@usdoj.gov

</div>

47

## <u>CERTIFICATE OF SERVICE</u>

On July 12, 2022, I electronically filed the foregoing using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

<div align="right">

/s/ Andrew A. Spievack
Assistant United States Attorney

</div>